# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>JAVIER FRAUSTO,<br>　　　Defendant. | No. CR 15-688-7 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE |

　　　The government is ordered to file an opposition to Defendant's motion no later than February 19, 2021.  Defendant may file a reply no later than April 12, 2021.

　　　IT IS SO ORDERED.

Date: January 13, 2021

　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge